178 So.2d 659

Margaret Lisa MOGG

v.

Charles R. ARMSTRONG et al.

No. 47866.

Oct. 8, 1965.

In re: United States Fidelity and Guaranty Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 176 So.2d 463.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

178 So.2d 659

Laura Jean PONSELLE

v.

Charles R. ARMSTRONG et al.

No. 47867.

Oct. 8, 1965.

In re: United States Fidelity and Guaranty Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 176 So.2d 464.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.